ARTHUR W. CURLEY, ESQ., SBN 60902
MARK R. GIBSON, ESQ., SBN 212222
BRADLEY, CURLEY, ASIANO, BARRABEE,
ABEL & KOWALSKI, P.C.
1100 Larkspur Landing Circle, Suite 200
Larkspur, CA  94939
Telephone:  (415) 464-8888
Facsimile:   (415) 464-8887

Attorneys for Defendants SIKKA DENTAL CORP., a California corporation dba Sikka Dental; JACKSON AVENUE PROPERTIES, LLC, a California limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. HENNING,<br><br>          Plaintiff,<br><br>     v.<br><br>JACKSON AVENUE PROPERTIES, LLC, a California limited liability company; SIKKA DENTAL CORP., a California corporation dba Sikka Dental; and DOES 1 to 10 inclusive,<br><br>          Defendants. | No. **5:14-cv-05125-NC**<br>ASSIGNED FOR ALL PURPOSES TO JUDGE NATHANAEL M. COUSINS<br>COURTROOM 7<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that Defendants SIKKA DENTAL CORP. and JACKSON AVENUE PROPERTIES, LLC may appear telephonically at the Case Management Conference currently scheduled in the above-entitled action for November 18, 2015. Defendants shall call the Courtroom Deputy at 408.535.5343 to provide a direct dial number for this appearance. Counsel must be available beginning at 10:00 a.m. until called by the Court.

Dated: October 23, 2015          _____
                                 United States Magistrate [Judge]

[GRANTED — Judge Nathanael M. Cousins]

---

1

ORDER GRANTING DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
Henning v. Jackson Avenue Properties, Inc., LLC, et al., USDC Case No. 5:14-cv-05125-NC